# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DAISY TRUST, A NEVADA TRUST, <br> Appellant, <br> vs. <br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; AND NEVADA ASSOCIATION SERVICES, INC., A NEVADA CORPORATION, <br> Respondents. | No. 83798 <br><br> **FILED** <br><br> AUG 11 2022 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mary Kay Holthus, District Judge
John Walter Boyer, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Brandon E. Wood
Lipson Neilson P.C.
Eighth District Court Clerk